UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JACK DANIEL'S PROPERTIES, INC.,

v.   Case No. _____

ATOMIC DOG, LLC, et al.

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Jack Daniel's Properties, Inc. , certify to the best of my knowledge and belief:

☐ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☒ My client has the following parent corporation(s):

Brown-Forman Corporation

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

/s/ Maia T. Woodhouse
(Signature of Counsel)

June 24, 2022
(Date)