AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Eastern District of Tennessee___ on the following

☐ Trademarks or    ☒ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:22-cv-00222 | DATE FILED | U.S. DISTRICT COURT<br>for the Eastern District of Tennessee |
|---|---|---|
| **PLAINTIFF**<br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation | | **DEFENDANT**<br>ATOMIC DOG, LLC, a Delaware limited liability company doing business as Atomic Dog Cidery LLC; and ATOMIC DOG LLC, a Pennsylvania limited liability company |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See attached list | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

| U.S. Reg. No. | Date of Trademark | Mark | Owner |
|---|---|---|---|
| 582789 | November 24, 1953 | JACK DANIEL'S | Jack Daniel's Properties, Inc. |
| 1538377 | May 9, 1989 | GENTLEMAN JACK | Jack Daniel's Properties, Inc. |
| 1923981 | October 3, 1995 | JACK DANIEL'S | Jack Daniel's Properties, Inc. |
| 2026758 | December 31, 1996 | JACK DANIEL'S MASTER DISTILLER | Jack Daniel's Properties, Inc. |
| 2209684 | December 8, 1998 | JACK DANIEL'S SILVER SELECT | Jack Daniel's Properties, Inc. |
| 2572051 | May 21, 2002 | JACK LIVES HERE | Jack Daniel's Properties, Inc. |
| 2624566 | September 24, 2002 | Jack Daniel | Jack Daniel's Properties, Inc. |
| 2789278 | December 2, 2003 | JACK DANIEL'S Old No. 7 Brand Tennessee Sour Mash Whiskey (label) | Jack Daniel's Properties, Inc. |
| 2795048 | December 16, 2003 | JACK DANIEL | Jack Daniel's Properties, Inc. |
| 2815221 | February 17, 2004 | JACK | Jack Daniel's Properties, Inc. |
| 3259938 | July 10, 2007 | BLACK JACK | Jack Daniel's Properties, Inc. |
| 3297091 | September 25, 2007 | GENTLEMAN JACK | Jack Daniel's Properties, Inc. |
| 3297092 | September 25, 2007 | GENTLEMAN JACK RARE TENNESSEE WHISKEY | Jack Daniel's Properties, Inc. |
| 3576142 | February 17, 2009 | JD | Jack Daniel's Properties, Inc. |
| 4106179 | February 28, 2012 | JACK DANIEL'S Old No. 7 Brand Tennessee Sour Mash Whiskey (label) | Jack Daniel's Properties, Inc. |
| 4168845 | July 3, 2012 | JACK DANIEL'S ORIGINAL RECIPE Tennessee HONEY | Jack Daniel's Properties, Inc. |
| 4404637 | September 17, 2013 | WINTER JACK | Jack Daniel's Properties, Inc. |
| 4511173 | April 8, 2014 | JACK HONEY | Jack Daniel's Properties, Inc. |

| U.S. Reg. No. | Date of Trademark | Mark | Owner |
|---|---|---|---|
| 4652135 | December 9, 2014 | Jack Daniel (stylized signature) | Jack Daniel's Properties, Inc. |
| 4740015 | May 19, 2015 | JACK DANIEL'S TENNESSEE FIRE | Jack Daniel's Properties, Inc. |
| 5478634 | May 29, 2018 | GENTLEMAN JACK DOUBLE MELLOWED TENNESSEE WHISKEY (label design) | Jack Daniel's Properties, Inc. |
| 5680795 | Feb. 19, 2019 | JACK DANIEL'S ORIGINAL RECIPE Tennessee FIRE (label design) | Jack Daniel's Properties, Inc. |
| 5984451 | Feb. 11, 2020 | JACK DANIEL'S TENNESSEE TASTERS' | Jack Daniel's Properties, Inc. |
| 6076253 | Jun. 09, 2020 | JACK DANIEL'S ORIGINAL RECIPE Tennessee APPLE (label design) | Jack Daniel's Properties, Inc. |
| 6153677 | Sep. 15, 2020 | JACK DANIEL'S | Jack Daniel's Properties, Inc. |
| 6165199 | Sep. 29, 2020 | JACK DANIEL'S FRESH TASTE SERVE COLD Southern CITRUS (label design) | Jack Daniel's Properties, Inc. |
| 6195501 | Nov. 10, 2020 | JACK BY NAME. HONEY BY NATURE. | Jack Daniel's Properties, Inc. |
| 6228202 | Dec. 22, 2020 | JACK FIRE | Jack Daniel's Properties, Inc. |
| 6355663 | May 18, 2021 | JACK DANIEL'S | Jack Daniel's Properties, Inc. |
| 6364253 | May 25, 2021 | JACK DANIEL'S TENNESSEE APPLE | Jack Daniel's Properties, Inc. |
| 6380051 | Jun. 08, 2021 | JACK DANIEL'S TENNESSEE HONEY | Jack Daniel's Properties, Inc. |
| 6576611 | Nov. 30, 2021 | JACK DANIEL'S COUNTRY COCKTAILS | Jack Daniel's Properties, Inc. |
| 6655020 | Feb. 22, 2022 | JACK DANIEL'S TENNESSEE TRAVELERS | Jack Daniel's Properties, Inc. |
| 6686743 | Mar. 29, 2022 | GENTLEMAN JACK | Jack Daniel's Properties, Inc. |

| U.S. Reg. No. | Date of Trademark | Mark | Owner |
|---|---|---|---|
| 6686792 | Mar. 29, 2022 | JACK (stylized) | Jack Daniel's Properties, Inc. |
| 6686793 | Mar. 29, 2022 | JACK | Jack Daniel's Properties, Inc. |
| 6686953 | Mar. 29, 2022 | JACK DANIEL'S DOWNHOME PUNCH | Jack Daniel's Properties, Inc. |
| 6704457 | Apr. 19, 2022 | Jack Daniel's Cherry Limeade (label design) | Jack Daniel's Properties, Inc. |
| 6704458 | Apr. 19, 2022 | Jack Daniel's Berry Punch (label design) | Jack Daniel's Properties, Inc. |