UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JACK DANIEL'S PROPETIES, INC.

    Plaintiff,

v.                                        Case No.

ATOMIC DOG, LLC, et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Jack Daniel's Properties, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California (311787), Minnesota (402548)

[✓] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 17, 2022

                                      (Signature–hand signed)

Name: Justin Patrick Thiele
Firm: Hanson Bridgett, LLP
Address:

    777 S Figueroa St, Suite 4200, Los Angeles, CA 90017

Email address: jthiele@hansonbridgett.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.