# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Justin Patrick Thiele

Bar Number 311787

was duly admitted to practice in this Court on January 26, 2017,
and is in good standing as a member of the bar of this Court.



Signed on June 17, 2022 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court